Certificate Number: 05781-CAS-DE-041382787

Bankruptcy Case Number: 26-03061

05781-CAS-DE-041382787

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2026, at 7:19 o'clock PM PDT, Marysol Hernandez Castaneda completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of California.

Date: August 28, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President